IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )        2:21cr42-MHT
                            )            (WO)
JOHN ADAM VINSON, JR.       )
```

OPINION AND ORDER

This criminal cause is before the court on the question whether defendant John Adam Vinson, Jr. has the mental capacity to stand trial--that is, whether he is "presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." 18 U.S.C. § 4241(a).

Dr. Adriana L. Flores, Ph. D., conducted an evaluation of Vinson's competence to stand trial, at the request of the defense. Dr. Flores concluded that Vinson has the ability to understand the nature and consequences of the proceedings against him and to

properly assist his legal counsel in his defense. She noted that Vinson "demonstrates a rational and factual understanding of the proceedings against him, and he has sufficient present ability to consult with ... defense counsel with a reasonable degree of rational understanding." Psychiatric Report (Doc. 51). Neither the defense nor the government objects to the conclusion that Vinson is competent to proceed.

Therefore, based on Dr. Flores's evaluation, as well as on the representations made by the parties during an on-the-record hearing on October 15, 2021, the court holds that Vinson is not suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is not able to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

\*\*\*

Accordingly, it is ORDERED that the defendant John Adam Vinson, Jr. is declared mentally competent to stand trial in this case.

DONE, this the 15th day of October, 2021.

                                    /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE