IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:21-cr-042-MHT |
| | ) | (WO) |
| JOHN ADAM VINSON, JR. | ) | |

**<u>AMENDED PRELIMINARY ORDER OF FORFEITURE</u>**

Pending before the court is the government's motion for an amended preliminary order of forfeiture (Doc. 91) filed June 30, 2022.

On April 7, 2022, this court entered a preliminary order of forfeiture (Doc. 77) that directed forfeiture of $18,378.00 U.S. Currency; a Ruger, model Security-9, 9mm pistol, bearing serial number 383-48493; and miscellaneous ammunition.

On June 30, 2022, victim Regions Bank sent a claim to the United States Attorney's Office requesting the return of the $18,378.00 seized from the defendant at the time he was taken into custody. The currency represents the proceeds of the bank robbery and Regions Bank has not been reimbursed for the currency taken during the robbery. Upon review of the information provided, the government submits that it is in the interest of justice to return the currency to Regions Bank.

Accordingly, it is, ORDERED that the government's motion (Doc. 91) is granted as follows:

1.  The $18,378.00 shall be returned to Regions Bank by and through the Federal Bureau of Investigation.

2.  The court has determined that the following property remains subject to forfeiture pursuant to 18 U.S.C. § 924 by 28 U.S.C. § 2461; that the defendant has an interest in such property; and that the United States has established the requisite nexus between such property and such offenses: a Ruger, model Security-9, 9mm pistol bearing serial number 383-48493; and

miscellaneous ammunition.

    3.    The court shall retain jurisdiction to enforce this order and to amend it as necessary pursuant to Federal Rule of Criminal Procedure 32.2.

    8.    IT IS FURTHER ORDERED that the clerk of the court shall note entry of this order in writing on the judgment in a criminal case and forward a certified copy of this order to the United States Attorney's Office.

    DONE, on this the 14th day of July, 2022.

                                                  /s/   Myron H. Thompson  
                                    UNITED STATES DISTRICT JUDGE