IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )        2:21cr42-MHT
                            )            (WO)
JOHN ADAM VINSON, JR.       )
```

**SUPPLEMENTAL ORDER ON MENTAL-HEALTH-RELATED
CONDITIONS OF SUPERVISED RELEASE**

In accordance with the judgment of conviction entered today, and in order to address defendant John Adam Vinson, Jr.'s mental health, substance abuse, and history of adverse childhood experiences, it is ORDERED that, upon commencement of supervised release, the United States Probation Office shall arrange for defendant Vinson to receive a mental-health evaluation and treatment.  Specifically, the United States Probation Office shall arrange for defendant Vinson to: (1) within 45 days of the commencement of supervision, undergo a thorough psychological evaluation to diagnose any mental-health and substance-abuse disorder he may have and make treatment recommendations for any identified disorders or any other mental-health issues; (2) within 30 days of

commencement of supervision, receive mental-health treatment, which shall include psychotherapy at least twice per month, unless contradicted by the evaluation, focused on dealing with stressors without resorting to substance abuse, and addressing issues stemming from his adverse childhood experiences, as well as any other areas the psychotherapist finds appropriate.

It is further ORDERED that the Probation Office shall file the evaluation report under seal within 60 days of the start of supervision.

DONE, this the 15th day of July, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE